# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MACK L. EASON,**                                                                                             **PLAINTIFF**
**ADC # 138190**

**V.**                                    **No. 3:09CV00045 SWW**

**ROGER BRIGMAN,** *et al.*                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is dismissed without prejudice. IT IS HEREBY CERTIFIED that an *in forma pauperis* appeal from this dismissal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED THIS 9TH DAY OF JUNE, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE